UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                            No. 03-CR-595-LTS

AMBIORIX FRIAS,

        Defendant.

-------------------------------------------------------x

ORDER

The Court has received the Government's request for a date for the parties to appear for proceedings consistent with <u>United States v. Davis</u>, 139 S. Ct. 2319 (2019). The parties, including Defendant, are directed to appear for a resentencing hearing on **Thursday, February 6, 2020, at 2:00 p.m.** in Courtroom 17C. The parties are directed to make any sentencing submissions in accordance with the undersigned's applicable rules and procedures.

    SO ORDERED.

Dated: New York, New York
         November 19, 2019

                                                             /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge