UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA

-v-  No. 03 crim 595 (LTS)

AMBIORIX FRIAS (1)

        Defendant.

------------------------------------------------------x

## ORDER

ORDERED that pursuant to sentence of time served imposed today, the defendant Ambiorix Frias is discharged from the custody of the Bureau of Prisons.

SO ORDERED.

Dated: New York, New York
      February 20, 2020

                                                LAURA TAYLOR SWAIN
                                                United States District Judge