UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                  No.  03-CR-595-LTS-1

AMBIORIX FRIAS,                      ORDER

           Defendant.

--------------------------------------------------------x

        A violation of supervised release hearing is hereby scheduled for **January 8, 2026, at 11:00 AM** in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York          /s/ Laura Taylor Swain
       December 15, 2025          LAURA TAYLOR SWAIN
                                  Chief United States District Judge