

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 11, 2026

<u>**BY ECF**</u>

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

# <u>MEMO ENDORSED</u>

> **Re:**    *United States v. Ambiorix Frias,* 03 Cr. 595 (LTS)

Dear Judge Swain:

The Government, defense, and Probation respectfully submit this letter to request that the next conference in the above-captioned case be adjourned to May 6, 2026 or May 7, 2026. Based on communications with Chambers, the Court is available on these dates.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

by:  _____/s/_____
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

Cc: Marisa Cabrera, Esq. (by ECF)

The hearing is hereby adjourned to May 6, 2026, at 11am.
SO ORDERED.
3/13/2026
/s/ Laura Taylor Swain, Chief USDJ