

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 2, 2026

**BY ECF**

# MEMO ENDORSED

The Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    *United States v. Ambiorix Frias,* 03 Cr. 595 (LTS)

Dear Judge Swain:

    The Government respectfully submits this letter, with the consent of defense counsel, to request that the next conference in the above-captioned case—currently scheduled for May 6, 2026—be re-scheduled, since the defendant has arrived in the District sooner than expected. Based on discussions between Chambers, the parties, and the U.S. Probation Office, the Government respectfully proposes moving the conference to April 14, 2026 at 1:30 p.m.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney
        Southern District of New York

    by:     /s/
        Kaylan E. Lasky
        Assistant United States Attorney
        (212) 637-2315

Cc: Marisa Cabrera, Esq. (by ECF)

The foregoing request is granted.
SO ORDERED.
4/3/2026
/s/ Laura Taylor Swain, Chief USDJ